Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

Mark B. Chassman, SBN 119619
Chassman & Seelig, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401
310-576-2238
310-576-2551 (fax)
mchassman@chassmanseelig.com

Attorney for Defendant,
JOHN JACOB LEE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| Liberty Media Holdings, | ) | Case No. 11-CV-578-JLS-BGS |
|---|---|---|
| Plaintiff, | ) | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| vs. | ) | |
| John Jacob Lee, | ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER

1. IT IS HEREBY STIPULATED AND AGREED, by counsel for the undersigned parties that the above referenced action is hereby dismissed, with prejudice, as to Defendant John Jacob Lee.

//

//

1

1  2.   IT IS FURTHER STIPULATED AND AGREED, that for the purpose of this Stipulated
2  Order, a signature made by a facsimile or electronic means shall have the same force and effect
3  as an original signature.

5  Dated: June 15, 2011                           s/ Marc Randazza

                                                 Marc J. Randazza, SBN 269535
                                                 Randazza Legal Group
                                                 3969 Fourth Avenue, Suite 204
                                                 San Diego, CA 92103
                                                 888-667-1113, 305-437-7662 (fax)
                                                 mjr@randazza.com
                                                 Attorney for Plaintiff, Liberty Media Holdings

Dated: June ___, 2011                            _____
                                                 Mark B. Chassman, SBN 119619
                                                 Chassman & Seelig, LLP
                                                 120 Broadway, Suite 300
                                                 Santa Monica, CA 90401
                                                 310-576-2238
                                                 310-576-2551 (fax)
                                                 mchassman@chassmanseelig.com
                                                 Attorney for Defendant, John Jacob Lee

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                 U.S. District Judge Janis L. Sammartino

1  2.     IT IS FURTHER STIPULATED AND AGREED, that for the purpose of this Stipulated
2  Order, a signature made by a facsimile or electronic means shall have the same force and effect
3  as an original signature.
4
5  Dated: June ___, 2011
6                                              Marc J. Randazza, SBN 269535
                                                Randazza Legal Group
7                                               3969 Fourth Avenue, Suite 204
                                                San Diego, CA 92103
8                                               888-667-1113, 305-437-7662 (fax)
9                                               mjr@randazza.com
                                                Attorney for Plaintiff, Liberty Media Holdings
10
11
12 Dated: June 3, 2011
13                                              Mark B. Chassman, SBN 119619
                                                Chassman & Seelig, LLP
14                                              120 Broadway, Suite 300
                                                Santa Monica, CA 90401
15                                              310-576-2238
                                                310-576-2551 (fax)
16                                              mchassman@chassmanseelig.com
                                                Attorney for Defendant, John Jacob Lee
17         **IT IS SO ORDERED.**
18 Dated: _____
19                                              U.S. District Judge Janis L. Sammartino
20
21
22
23
24
25
26
27
28

2
Stipulation for Dismissal

## Certificate of Service

I hereby certify that Plaintiff Liberty Media Holdings' the foregoing document was filed electronically using this Court's CM/ECF system on June 15, 2011. As the identities of Defendants are unknown at this time, Plaintiff is unable to serve any defendant.

Dated: June 15, 2011

Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
mjr@randazza.com